IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO. 5:16-cv-705-FL

| | |
|---|---|
| JACKIE BLUE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ) | |
| WESTIN STATION, LLC, ) | |
| JIANG GARDEN, INC. and ) | |
| SEEFELDT, INC., ) | |
|     Defendants. ) | |

COME NOW Plaintiff Jackie Blue and Defendant Seefeldt, Inc., by and through the undersigned counsel, pursuant to Fed. R. Civ. Pro. 4l(a)(l)(A)(ii), and stipulate to the dismissal with prejudice of the above-captioned cause.

Dated this 19th day of December, 2016.

/s/ *Christopher D. Lane*
Christopher D. Lane, Esq.
N.C. State Bar I.D. No. 20302
Email: cdllaw@juno.com
3802-A Clemmons Rd.
Clemmons, NC 27012
Telephone: 336-766-0229
Facsimile: 336-766-9145

ATTORNEY FOR PLAINTIFF
JACKIE BLUE

/s/ *William Joseph Austin, Jr.*
William Joseph Austin, Jr.
N.C. State Bar I.D. No.: 008158
email: wja@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
ATTORNEY FOR DEFENDANT
SEEFELDT, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO. 5:16-cv-705-FL

| | |
|---|---|
| JACKIE BLUE, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | CERTIFICATE OF SERVICE |
| ) | |
| WESTIN STATION, LLC, ) | |
| JIANG GARDEN, INC. and ) | |
| SEEFELDT, INC., ) | |
|     Defendants. ) | |

I hereby certify that on December 19, 2016, I electronically filed the

STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to the following:

    Christopher D. Lane, Esq.
    3802-A Clemmons Road
    Clemmons, NC  27012

    Richard L. Farley, Esq.
    Katten Muchin Rosenman LLP
    550 South Tryon Street, Suite 2900
    Charlotte NC 28202-4213

    J. Stewart Butler, III, Esq.
    Anderson, Johnson, Lawrence & Butler, L.L.P.
    PO Box 53945
    Fayetteville NC 28305-3945

                         */s/ William Joseph Austin, Jr.*
                         William Joseph Austin, Jr.
                         N.C. State Bar I.D. No.:  008158
                         email:  wja@wardandsmith.com
                         For the firm of
                         Ward and Smith, P.A.
                         Post Office Box 33009
                         Raleigh, NC  27636-3009
                         Telephone: 919.277.9100
                         Facsimile:  919.277.9177
                         Attorneys for Defendant Seefeldt, Inc.