IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:16-cv-705-FL

| | |
|---|---|
| **JACKIE BLUE,** | |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| **WESTIN STATION, LLC** **JIANG GARDEN, INC.**, and **SEEFELDT, INC.** | |
| Defendants. | |

Plaintiff, Jackie Blue, and all remaining Defendants, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of this matter. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

This the 10th day of April, 2017.

/s/Christopher D. Lane
CHRISTOPHER D. LANE
N.C. Bar No. 20302
3802-A Clemmons Road
Clemmons, NC 27012
Telephone: (336) 766-0229
Facsimile: (336) 766-9145
*Attorney for Plaintiff*

/s/Richard L. Farley
RICHARD L. FARLEY
N.C. State Bar No. 14100
550 S. Tryon Street, Ste. 200
Charlotte, NC 28202
Telephone: (704) 444-2037
Facsimile: (704) 344-3075
*Attorney for Defendant Westin Station, LLC*

/s/J. Stewart Butler, III
J. STEWART BUTLER. III
N.C. State Bar No. 12887
Anderson, Johnson, Lawrence & Butler
PO Box 53945
Fayetteville, NC 28305
Telephone: (910) 483-1171
*Attorney for Defendant Jiang Garden, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Defendants Westin Station, LLC, Jiang Garden, Inc. and Seefeldt, Inc. and I hereby certify that I have mailed the document to the following non- CM/ECF participants: none

Respectfully submitted,

/s/ *Christopher D. Lane*
Attorney for Plaintiff
3802-A Clemmons Rd.
Clemmons, NC 27012
Telephone: 336-766-0229
Facsimile: 336-766-9145
Email: chrislanelaw@gmail.com
N.C. State Bar No. 20302